UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR06-00189 SBA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| LEON WILSON, aka "E-Luv" | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, filed an appeal of Magistrate Judge Wayne D. Brazil's order granting pre-trial release to Defendant Leon Wilson.

IT IS HEREBY ORDERED that Defendant may serve and file an opposition on November 27, 2006. Plaintiff may serve and file a reply on November 29, 2006.

IT IS FURTHER ORDERED that the hearing on this matter is scheduled for December 5, 2006 at 12:30 p.m.

IT IS SO ORDERED.

Dated: 11/27/06

SAUNDRA BROWN ARMSTRONG
United States District Judge